# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JANUARY 16, 2020

### NO. 03-18-00712-CR

**Robert Eric Wade, III, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new trial. Appellee shall pay the costs of appeal both in this Court and in the court below.